**FILED**

07/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0287

1IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0287

CITY OF MISSOULA,

Plaintiff and Appellee,

v.

ALLAN GOODMAN,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 29, 2021, within which to prepare, serve, and file its response brief.

DM

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 23 2021